**United States District Court**
For the Northern District of California

*E-FILED 1/9/2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL BRAVO, | No. C08-04410 HRL |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| FRED SCAIFE dba SUMMIT CONSTRUCTION, | [Re: Docket No. 6] |
| Defendant. | |

Plaintiff's request to continue the initial case management conference is granted. The initial case management conference has been re-set for **February 24, 2009, 1:30 p.m.** The parties' joint case management statement shall be filed no later than **February 17, 2009**.

SO ORDERED.

Dated: January 9, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1  **5:08-cv-4410 Notice electronically mailed to**:

2  James Dal Bon jdblaw@earthlink.net

3  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.